UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 2:24-cv-09093-WLH-MAA    Date: January 16, 2025

Title:   *Artis-Ray Cash, Jr. v. Absolute Resolutions Investments LLC*

Present: The Honorable WESLEY L. HSU, U.S. District Judge

| Holidae Crawford | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**

The motion for reconsideration is **GRANTED**. (Docket No. 10).

The order denying Plaintiff's request to proceed *in forma pauperis* is **VACATED**. (Docket No. 9). Plaintiff is **GRANTED** *in forma pauperis* status.

IT IS SO ORDERED.