BASSFORD REMELE, P.A.
BRYCE D. RIDDLE (SBN #309533)
100 South 5th Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone:   612.333.3000
Facsimile: 612.333.8829
Email: briddle@bassford.com

Attorneys for Defendant
ABSOLUTE RESOLUTIONS INVESTMENTS,
LLC

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

Artis-Ray: Cash Jr.,

                Plaintiff,

    v.

ABSOLUTE            RESOLUTIONS
INVESTMENTS, LLC,

              Defendant.

CASE NO.:  2:24-CV-09093-WLH-MAA

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant Absolute Resolutions Investments, LLC ("ARI"), by and through the undersigned counsel, respond as follows to the Complaint of Plaintiff Artis-Ray: Cash Jr.:

Except as hereinafter admitted, qualified, or otherwise answered, Defendant denies each and every allegation contained in Plaintiff's Complaint. Defendant denies any and all liability to Plaintiff under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (the "FDCPA"), the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* (the "FCRA"), or any other statute, law, or theory in this matter.

1

## **INTRODUCTION**

2

     1.     In response to Paragraph 1 of the Complaint, Defendant admits only that Plaintiff

3

4

is attempting to assert claims against it under the FCRA.  Defendant denies any and all liability

5

to Plaintiff under the FCRA or any other statute, law, or theory.

6

## **JURISDICTION AND VENUE**

7

     2.     In response to Paragraph 2 of the Complaint, Defendant denies the allegations as

8

calling for a legal conclusion. Defendant leaves all matters of jurisdiction to the Court.

9

10

Defendant denies any and all liability to Plaintiff under the FCRA or any other statute, law, or

11

theory.

12

     3.     In response to Paragraph 3 of the Complaint, Defendant denies the allegations as

13

calling for a legal conclusion. Defendant leaves all matters of venue to the Court. Defendant

14

denies any and all liability to Plaintiff under the FCRA or any other statute, law, or theory.

15

16

     4.     In response to Paragraph 4 of the Complaint, Defendant denies the allegations as

17

calling for a legal conclusion. Defendant further denies that Plaintiff has brought or alleged any

18

state law claims.

19

## **PARTIES**

20

21

     5.     In response to Paragraph 5 of the Complaint, Defendant states that the allegation

22

that Plaintiff is a "consumer" is a legal conclusion and therefore denies that allegation.

23

Defendant further states it is without information sufficient to either admit or deny the status

24

of Plaintiff's residency and, therefore, denies the same.

25

26

     6.     In response to Paragraph 6 of the Complaint, Defendant admits.

27

28

DEFENDANT'S ANSWER                                      CASE NO.:  2:24-cv-09093

7.      In response to Paragraph 7 of the Complaint, Defendant denies the allegations as calling for a legal conclusion.

8.      In response to Paragraph 8 of the Complaint, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the statement contained in this Paragraph. Defendant denies any and all liability to Plaintiff under the FCRA or any other statute, law, or theory.

## **FACTS**

9.      In response to Paragraph 9 of the Complaint, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the statement contained in this Paragraph.

10.      In response to Paragraph 10 of the Complaint, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the statement related to what Plaintiff "observed" contained in this Paragraph. Defendant denies that Defendant made any "unauthorized inquiry" related to Plaintiff and alleges that to the extent the allegation constitutes a legal conclusion, no response is required.

11.      In response to Paragraph 11 of the Complaint, Defendant denies and alleges that the referenced document speaks for itself. Further alleges that to the extent the allegation constitutes a legal conclusion, no response is required.

12.      In response to Paragraph 12 of the Complaint, Defendant denies the allegations and alleges that to the extent the allegation constitutes a legal conclusion, no response is required.

3

13.    In response to Paragraph 13 of the Complaint, Defendant alleges that the allegation constitutes a legal conclusion, to which no response is required.

14.    In response to Paragraph 14 of the Complaint, Defendant alleges that the allegations constitute legal conclusions and therefore denies the same. Specifically denies on the basis that such consent was not required.

15.    In response to Paragraph 15 of the Complaint, Defendant denies the allegations to the extent they are mischaracterizations or inflammatory and alleges that the to the extent the allegations constitute legal conclusions, no response is required.

16.    In response to Paragraph 16 of the Complaint, Defendant generally denies the allegations and alleges that to the extent the allegations constitute legal conclusions, no response is required. Defendant denies any and all liability to Plaintiff under the FCRA or any other statute, law, or theory.

## **PLAINTIFF'S DAMAGES**

17.    In response to Paragraph 17 of the Complaint, Defendant denies causing Plaintiff any injury. Defendant denies any and all liability to Plaintiff under the FCRA or any other statute, law, or theory.

18.    In response to Paragraph 18 of the Complaint, Defendant denies causing Plaintiff any injury or emotional distress. Defendant denies any and all liability to Plaintiff under the FCRA or any other statute, law, or theory.

DEFENDANT'S ANSWER                                        CASE NO.:  2:24-cv-09093

19.    In response to Paragraph 19 of the Complaint, Defendant denies causing Plaintiff any injury or emotional distress and denies intruding into Plaintiff's privacy. Defendant denies any and all liability to Plaintiff under the FCRA or any other statute, law, or theory.

20.    In response to Paragraph 20 of the Complaint, Defendant denies causing Plaintiff any injury or emotional distress and denies intruding into Plaintiff's privacy. Defendant denies any and all liability to Plaintiff under the FCRA or any other statute, law, or theory.

21.    In response to Paragraph 21 of the Complaint, Defendant denies causing Plaintiff any injury or emotional distress and denies intruding into Plaintiff's privacy. Defendant denies any and all liability to Plaintiff under the FCRA or any other statute, law, or theory.

22.    In response to Paragraph 22 of the Complaint, Defendant denies causing Plaintiff any injury or emotional distress and denies intruding into Plaintiff's privacy. Defendant denies any and all liability to Plaintiff under the FCRA or any other statute, law, or theory.

23.    In response to Paragraph 23 of the Complaint, Defendant denies.

24.    In response to Paragraph 24 of the Complaint, Defendant denies.

25.    In response to Paragraph 25 of the Complaint, Defendant denies.

26.    In response to Paragraph 26 of the Complaint, Defendant denies causing Plaintiff any injury. Defendant denies any and all liability to Plaintiff under the FCRA or any other statute, law, or theory.

27.    In response to Paragraph 27 of the Complaint, Defendant denies that its conduct requires any deterrence. Defendant denies any and all liability to Plaintiff under the FCRA or any other statute, law, or theory.

DEFENDANT'S ANSWER                                    CASE NO.:  2:24-cv-09093

**COUNT I – ALLEGED VIOLATION OF**
**THE FAIR CREDIT REPORTING ACT 15 U.S.C. § 1681B(F)**
**ABSOLUTE RESOLUTIONS INVESTMENTS LLC**

28.     In response to Paragraph 28 of the Complaint, Defendant realleges each of their preceding responses as though restated in full herein.

29.     In response to Paragraph 29 of the Complaint, Defendant denies the allegations and alleges that to the extent the allegations constitute legal conclusions, no response is required. Further alleges that Defendant lacks knowledge or information sufficient to form a belief as to the truth of the statement regarding Plaintiff's discovery of the alleged violation and therefore denies.

30.     In response to Paragraph 30 of the Complaint, Defendant denies the allegations and alleges that to the extent the allegations constitute legal conclusions, no response is required.

31.     In response to Paragraph 31 of the Complaint, Defendant denies the allegations and alleges that to the extent the allegations constitute legal conclusions, no response is required..

32.     In response to Paragraph 32 of the Complaint, Defendant denies the allegations and alleges that to the extent the allegations constitute legal conclusions, no response is required. Further alleges that Defendant lacks knowledge or information sufficient to form a belief as to the truth of the statement regarding Plaintiff's alleged damages and therefore denies.

33.     In response to Paragraph 33 of the Complaint, Defendant denies. Defendant denies any and all liability to Plaintiff under the FCRA or any other statute, law, or theory.

6

## COUNT II – ALLEGED VIOLATION OF
## THE FAIR DEBT COLLECTION PRACTICES ACT 15 U.S.C. § 1692E(10)
## ABSOLUTE RESOLUTIONS INVESTMENTS LLC

34.     In response to Paragraph 34 of the Complaint, Defendant realleges each of their preceding responses as though restated in full herein.

35.     In response to Paragraph 35 of the Complaint, Defendant states the FCRA speaks for itself and denies any allegation or characterization inconsistent therewith.

36.     In response to Paragraph 35 of the Complaint, Defendant denies the allegations and alleges that to the extent the allegations constitute legal conclusions, no response is required. Defendant denies any and all liability to Plaintiff under the FCRA, FDCPA or any other statute, law, or theory.

37.     In response to Paragraph 37 of the Complaint, Defendant denies the allegations and alleges that to the extent the allegations constitute legal conclusions, no response is required. Further alleges that Defendant lacks knowledge or information sufficient to form a belief as to the truth of the statement regarding Plaintiff's alleged damages and therefore denies.

38.     In response to Paragraph 38 of the Complaint, Defendant denies the allegations and alleges that to the extent the allegations constitute legal conclusions, no response is required. Defendant denies any and all liability to Plaintiff under the FCRA, FDCPA, or any other statute, law, or theory.

39.     In response to Paragraph 39 and Plaintiff's "WHEREFORE" clause, including each of its subparts, Defendant denies Plaintiff is entitled to any relief and allege that, in any event, the allegations constitute legal conclusions to which no response is required. Defendant

7

denies any and all liability to Plaintiff under the FCRA, FDCPA, or any other statute, law, or theory in this matter.

## **ADDITIONAL DEFENSES**

1.      Defendant alleges that Plaintiff's complaint fails to state a claim upon which relief may be granted.

2.      Defendant alleges Plaintiff's claims may be barred by the applicable statute of limitations and/or the doctrine of laches.

3.      Defendant alleges Plaintiff lacks damages.

4.      Defendant alleges that if Plaintiff has any damages, Plaintiff failed to mitigate his damages.

5.      Defendant alleges that Plaintiff's alleged damages, if any, are the result of Plaintiff's own conduct or the conduct of others over whom Defendants have no control.

6.      Defendant alleges that Plaintiff's alleged damages are the result of an intervening and superseding cause.

7.      Defendant alleges that at all times in good faith and in compliance with the requirements of the law.

8.      Defendant alleges that any alleged failure to comply with the FDCPA, which is denied, resulted from an unintentional, bona fide error notwithstanding Defendants' maintenance of policies and procedures reasonably adapted to avoid such error.

9.      Defendants reserve their right to allege other defenses as discovery and investigation proceed.

DEFENDANT'S ANSWER                                          CASE NO.:  2:24-cv-09093

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**WHEREFORE**, Defendant Absolute Resolutions Investments, LLC prays that Plaintiff take nothing by his asserted claims, including any of the relief requested in the "WHEREFORE" clauses of the Complaint, and that the Complaint be dismissed with prejudice and on the merits, and that Defendant be awarded its attorneys' fees, costs, disbursements, and any other relief the Court deems just and proper.

Dated: March 5, 20245                    Respectfully submitted,


                                         **BASSFORD REMELE,**
                                         *A Professional Association*

                                         By:    */s/ Bryce D. Riddle*
                                                Bryce D. Riddle

                                                *Attorney for Defendant*

---

DEFENDANT'S ANSWER                                    CASE NO.:  2:24-cv-09093