BASSFORD REMELE, P.A.
NICHOLAS J. PROLA (Pro Hac Vice)
100 South 5th Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone:   612.333.3000
Facsimile: 612.333.8829
Email: nprola@bassford.com

*Attorneys for Defendant*
ABSOLUTE RESOLUTIONS INVESTMENTS, LLC

# UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Artis-Ray: Cash Jr., <br><br> Plaintiff, <br><br> v. <br><br> ABSOLUTE RESOLUTIONS INVESTMENTS, LLC, <br><br> Defendant. | CASE NO.:  2:24-CV-09093-WLH-MAA <br><br> **DEFENDANT ABSOLUTE RESOLUTIONS INVESTMENTS, LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING ITS MOTION TO DISMISS** |

Defendant Absolute Resolution Investments, LLC ("<u>ARI</u>") respectfully submits notice of the following decision, issued since ARI and Plaintiff briefed ARI's motion to dismiss Plaintiff's complaint [Doc. No. 25], which this Court may consider relevant to the pending motion.

On October 20, 2025, Judge Otis D. Wright, II issued an order in *Artis-Ray Cash, Jr. v. Resurgent Capital Services, L.P.*, Court File Number 24-cv-10356, granting the defendant's motion to dismiss the Plaintiff's complaint based on the same allegations that Plaintiff filed a false in forma

pauperis application, and issuing an order to show cause why Plaintiff should not be further sanctioned. A copy of the order is attached hereto.

Dated: October 23, 2025                     Respectfully submitted,

**BASSFORD REMELE,**
*A Professional Association*

By:   */s/ Nicholas J. Prola*
      Nicholas J. Prola (Pro Hac Vice)
      100 South 5th Street, Suite 1500
      Minneapolis, Minnesota 55402
      Telephone:   612.333.3000
      Facsimile:    612.333.8829
      Email: nprola@bassford.com

*Attorney for Defendant Absolute Resolutions Investments, LLC*

### CERTIFICATE OF SERVICE:

I, Jacquelyn LaVaque, declare as follows:

I am a resident of the State of Minnesota, over the age of eighteen years, and not a party to the within action. My business address is 100 South 5th Street, Suite 1500, Minneapolis, Minnesota 55402.

On October 23, 2025, I served the within DEFENDANT ABSOLUTE RESOLUTIONS INVESTMENTS, LLC'S NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING ITS

MOTION TO DISMISS by enclosing a true copy in a sealed envelope addressed to the following non-CM/ECF participant(s):

> Artis-Ray: Cash, Jr.
> 453 South Spring Street
> Suite 400 PMB 1211
> Los Angeles, CA 90013

and depositing the envelope in the United States mail at Minneapolis, Minnesota with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 23, 2025 at Minneapolis, Minnesota.

/s/ Jacquelyn LaVaque

Jacquelyn LaVaque