J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ARTIS-RAY CASH, JR.,

                   Plaintiff,

      v.

ABSOLUTE RESOLUTIONS
INVESTMENTS LLC,

                 Defendant.

Case No. 2:24-cv-09093-SRM-MAA

**JUDGMENT**

    Pursuant to the Order Granting Defendant Absolute Resolution's Motion to Dismiss, Dkt. 25, filed substantially contemporaneously, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above captioned case pursuant to 28 U.S.C. §§ 1331, 1367; and

2. The operative pleading is the Complaint, Dkt. 1; and

3. Judgment is hereby **ENTERED IN FAVOR** of Defendant Absolute Resolutions Investments LLC and **AGAINST** Plaintiff Artis-Ray Cash, Jr. Plaintiff shall take nothing by way of his Complaint. This action is **DISMISSED WITH PREJUDICE**; and

-1-

4.  To the extent that any party requests any other form of relief, such request is
**DENIED**.

**IT IS SO ORDERED.**

Dated: March 31, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

-2-